THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW ENGLAND LOAN AND TRUST COMPANY, Appellant, *v.* JAMES A. ROBERTS, as Comptroller of the State of New York, Respondent.

*People ex rel. N. E. Loan Co.* v. *Roberts,* 25 App. Div. 16, affirmed.
(Submitted June 6, 1898; decided June 21, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 24, 1898, affirming on certiorari a determination of the state comptroller assessing a corporation tax upon appellant for the year ending November 1, 1896.

*Frederick R. Coudert, Jr., Chas. Fred. Adams* and *Harmon S. Graves* for appellant.

*T. E. Hancock* for respondent.

Order affirmed, with costs, on opinion below.
All concur, except O'BRIEN, J., not voting.

———

IN THE MATTER OF THE APPLICATION OF THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent, for the Appointment of Commissioners of Appraisal under Chapter 114, Laws of 1892, Relating to Fort Washington Ridge Road; CATHERINE F. RYER et al., Appellants.

*Matter of the Mayor,* 20 App. Div. 356, affirmed.
(Argued June 7, 1898; decided June 21, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 3, 1897, affirming an order of Special Term confirming the report of commissioners of appraisal as to assessment for regulating and grading.

*George S. Coleman* for appellants.

*Theodore Connoly* and *James T. Malone* for respondent.

Order affirmed, on opinion below, with costs.
All concur, except PARKER, Ch. J., not sitting.